IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ZURICH AMERICAN INSURANCE COMPANY,<br><br>  Plaintiff,<br><br>v.<br><br>DAVID WILSON and MELODY ZEITNER,<br><br>  Defendants. | Case No. 8:13-cv-286<br><br>**ORDER OF DISMISSAL** |

This matter is before the court on Plaintiff Zurich American Insurance Company and Defendants David Wilson and Melody Zeitner's stipulation of dismissal (Filing No. 9). Based upon the agreement and stipulation of the parties,

IT IS ORDERED that:

1. The stipulation of dismissal is hereby approved; and

2. Plaintiff's complaint in interpleader (Doc. 1) is hereby dismissed with prejudice.

Dated this 12th day of December, 2013.

BY THE COURT:

*s/ Joseph F. Bataillon*
U.S. District Court Judge